ELLA E. HERSTEIN, ·Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent.

(Argued February 9, 1931; decided February 19, 1931.)

*Herman Silverman* for appellant.

*Irving W. Young, Jr., N. H. Egleston, Edward F. Snydstrup* and *Charles T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.